FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2018

JEFFREY P. COLWELL
CLERK

## D. Statement of Claims - U.S. District Court, Colorado

**1. The U.S. Legislature created and passed the unconstitutional "FAST" act and IRC 7345 which deprives plaintiff, and all others similarly situated, of their right to travel without proof of due process of law for such depravation.**

**2. The U.S. State Department applies the same unconstitutional laws depriving plaintiff, and all others similarly situated, of due process of law when applying them.**

Plaintiff received certification dated July 16, 2018 from defendant sent to the U.S. State Department (See Exhibit A-1&2) certifying an unproven assessment, and that plaintiff's liberty with regard to his passport was being removed under the "FAST" act and IRC 7345, without due process of law on that removal of liberty. The "ACT" prohibits the State Department from *"issuing or renewing"* a passport, or could, quote... *"revoke your passport or limit your ability to travel..."* for anyone with a proven and verified debt to the U.S. government.

The alleged debt is being adjudicated in a separate case (18-cv-02273) and has not

D. Statement of Claims: Jeffrey T. Maehr,

been resolved, however, defendant has continued to move against plaintiff in making this move to further damage plaintiff. This is a violation of plaintiff's clear 5th and 14th Amendment rights to not be deprived of liberty without due process, and without any evidence of the alleged debt, and certainly not when the assessment itself has been challenged without rebuttal or due process to date, and is still in litigation.

Plaintiff provides the prima facie evidence in the certification document sent to him and to the State Department regarding the passport restrictions, as well as the certification stating plaintiff has right to bring this complaint against Defendant in Federal Court. (See P. 2 of certification document, "If you disagree...").

The certification is prima facie evidence of action taken and that plaintiff will be damaged when attempting to initiate passport usage, (if we are to take such threats as real, or merely imaginary with no substance) which would further damage plaintiff in his business travels at the point he intends to use it. Plaintiff is "alleging" that the documents prove that action to deny his free travel right has been initiated and plaintiff has a right to rebut this action under law, or possibly

**D. Statement of Claims: Jeffrey T. Maehr,**

suffer threatened action and damages if he were to wait till the passport was depended upon, or even out of the country and not able to return.

To claim that damages have not yet occurred because passport has not yet been withdrawn or interfered with because plaintiff hasn't yet tried to use it is clearly illogical reasoning, as the threats and statement that it *would or could* be are clearly meant to notice plaintiff of something tangible and not theoretical.

Plaintiff contacted the defendant U.S. State Department on this issue, and been given "run-around" places to receive documents regarding his present passport status. He sent another request for information to the address provided via phone call (audio available), received via cert mail # 7014-3490-0002-3558-4872, and has not heard back on his most recent request for State Department position (see attached correspondence), as Magistrate Gallagher alluded to being necessary.

*[Signature]*   11-13-18

Jeffrey T. Maehr
924 E. Stollsteimer Rd.,
Pagosa Springs, Colorado 81147
970-731-9724

**D. Statement of Claims: Jeffrey T. Maehr,**

Page 3 of 3

*Jeffrey T. Maehr*

## VIII: Related Cases

U.S. Court of Appeals-Federal Circuit; Case # 18-2286

U.S. District Court, Colorado; Case # 18-cv-02273



Department of the Treasury
Internal Revenue Service
Attn: Passport
PO Box 8208
Philadelphia, PA 19101-8208

COPY Exhibit A

| | |
|---|---|
| | SB |
| Notice | CP508C |
| Notice date | July 16, 2018 |
| Taxpayer ID number | ███████ |
| To contact us | Phone 1-855-519-4965 |
| | International |
| | 1-267-941-1004 |

239793.726721.341247.13083 1 SP 0.510 699

Page 1 of 5

239793

JEFFREY T MAEHR
924 E STOLLSTEIMER PL
PAGOSA SPGS CO 81147-8628

## Notice of certification of your seriously delinquent federal tax debt to the State Department
# Amount due: $255,035.37

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

We have certified to the State Department that your tax debt is seriously delinquent.

We show that you still owe $255,035.37. This amount includes penalty and interest computed to 30 days from the date of this notice.

This notice only includes the portion of your tax debt that has been certified to the State Department as seriously delinquent, as defined below. You may have additional tax debt that is not included in this notice.

### Billing Summary

| | |
|---|---|
| Amount of seriously delinquent tax debt owed | $255,035.37 |
| Amount due by August 15, 2018 | $255,035.37 |

### What you need to know

Seriously delinquent tax debt is tax debt (including penalties and interest) totaling more than $51,000* for which:
- We have filed a Notice of Federal Tax Lien and your administrative rights under Internal Revenue Code (IRC) Section 6320 have been exhausted or lapsed, OR
- We have, at any time, issued a levy to collect this debt.

* The $51,000 threshold is adjusted yearly for inflation.

If you apply for a passport or passport renewal, the State Department will deny your application and will not issue a passport to you or renew your current passport.

If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States.

Continued on back...

Exhibit A-2

| | |
|---|---|
| | SB |
| Notice | CP508C |
| Notice date | July 16, 2018 |
| Taxpayer ID number | ▇▇▇▇▇ |
| Page 2 of 5 | |

**What you need to do**

**If you agree with the balance due**
To prevent the State Department from denying, revoking, or limiting your passport, you must:
- Pay the full amount you owe, as shown above.
- Make alternate payment arrangements, such as an installment agreement, that allows you to pay off your debt over time, or an offer in compromise to settle the debt. Visit www.irs.gov/payments for more payment options.

Make your check or money order payable to the "United States Treasury." Write your taxpayer ID numbers (TINs) listed in "Your billing details" section of this notice on your payment. Return the last page of this notice with your payment.

**If you disagree with the balance due**
If you've already paid the tax debt listed above, please send us proof of that payment. If you don't agree that you owe the tax debt listed above, or want to contest the certification for another reason, you can call us at the phone numbers listed on the first page of this notice. You can also bring a civil action in a district court of the United States or the United States Tax Court to have a court determine if the certification was erroneous or if the IRS has failed to reverse the certification as required by IRC Section 7345(c). You are not required to contact us or otherwise exhaust administrative remedies before filing a civil action.

**If you have a power of attorney (POA)**
You will need to contact your POA directly since the information in this notice may not be covered under the POA filed.

**Your billing details**

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| 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 | 12/31/2003 | 1040A | 56,276.67 | 0.00 | 0.00 | 56,276.67 |
| 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 | 12/31/2004 | 1040A | 80,028.43 | 0.00 | 0.00 | 80,028.43 |
| 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 | 12/31/2005 | 1040A | 67,516.59 | 0.00 | 0.00 | 67,516.59 |
| 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 | 12/31/2006 | 1040A | 51,213.68 | 0.00 | 0.00 | 51,213.68 |

Michael R. Pompeo
U.S. Department of State
2201 C St., N.W.,
Washington, D.C. 20520

*Copy*

October 16, 2018            **NOTICE OF DISPUTE & FOIA Request**

**RE: Passport Status:**
**Cert Mail # 7014-3490-0002-3558-4872**

Dear Mr. Pompeo,

I am writing regarding an alleged "certification" allegedly sent by the IRS to the State Department dated July 16th, 2018 claiming an alleged debt and that my liberty with regard to my passport was being removed under the "FAST" act and IRC 7345, without due process of law on that removal of liberty. (See attached).

The "ACT" prohibits the State Department from *"issuing or renewing"* a passport, or could, quote... *"revoke your passport or limit your ability to travel..."* for anyone with a proven and verified debt to the U.S. government.

**This assessment and certification is being challenged in federal court as fraudulent and unconstitutional, and I need to know the State Department's position on this debt certification for legal options.**

I request, under the freedom of information act (FOIA), documents showing the status of my passport and any alleged threats to my right to freely travel outside the U.S., and whether that right is now in jeopardy due to the frivolous assessment and certification provided by the IRS, and any and all other documents related to my name below and/or address, including a copy of the certification and other documents the IRS sent to you on this issue.

Thank you for the information.

_____

Jeffrey T. Maehr
924 E. Stollsteimer Rd.,
Pagosa Springs, Colorado [81147]