# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.　　1:18-cv-02948 _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 23 2018**

**JEFFREY P. COLWELL**
**CLERK**

Jeffrey T. Maehr _____, Plaintiff

v.

U.S. State Department; (U.S.) _____,

U.S. Congress; (U.S.) _____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jeffrey T. Maehr, 924 E. Stollsteimer Rd., Pagosa Springs, Colo 81147

(Name and complete mailing address)

970-731-9724

(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   U.S. State Department, 2201 C Street, N.W. Washington, D.C. 20520

(Name and complete mailing address)

202-647-4000

(Telephone number and e-mail address if known)

Defendant 2:   U.S. Congress, Washington D.C. (address unavailable)

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: 

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: 

(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Unconstitutional law depriving plaintiff of travel rights without due process of law

_____

☐   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Unconstitutional law depriving plaintiff of rights without due process__

Supporting facts: See attached

4

CLAIM TWO: _____

Supporting facts:

**E.    REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's Signature)

(Date)

(Revised December 2017)

6

## D. Statement of Claims - U.S. District Court, Colorado 18-cv-02940

**1. The U.S. Legislature created and passed the unconstitutional "FAST" act and IRC 7345 which deprives plaintiff, and all others similarly situated, of their right to travel without proof of due process of law for such depravation.**

**2. The U.S. State Department applies the same unconstitutional laws depriving plaintiff, and all others similarly situated, of due process of law when applying them.**

Plaintiff received certification dated July 16, 2018 from defendant sent to the U.S. State Department (See Exhibit A-1&2) certifying an unproven assessment, and that plaintiff's liberty with regard to his passport was being removed under the "FAST" act and IRC 7345, without due process of law on that removal of liberty. The "ACT" prohibits the State Department from "*issuing or renewing*" a passport, or could, quote... "*revoke your passport or limit your ability to travel...*" for anyone with a proven and verified debt to the U.S. government.

The alleged debt is being adjudicated in a separate case (18-cv-02273) and has not

D. Statement of Claims: Jeffrey T. Maehr, 18-cv-02940

been resolved, however, defendant has continued to move against plaintiff in making this move to further damage plaintiff. This is a violation of plaintiff's clear 5th and 14th Amendment rights to not be deprived of liberty without due process, and without any evidence of the alleged debt, and certainly not when the assessment itself has been challenged without rebuttal or due process to date, and is still in litigation.

Plaintiff provides the prima facie evidence in the certification document sent to him and to the State Department regarding the passport restrictions, as well as the certification stating plaintiff has right to bring this complaint against Defendant in Federal Court. (See P. 2 of certification document, "If you disagree...").

The certification is prima facie evidence of action taken and that plaintiff will be damaged when attempting to initiate passport usage, (if we are to take such threats as real, or merely imaginary with no substance) which would further damage plaintiff in his business travels at the point he intends to use it. Plaintiff is "alleging" that the documents prove that action to deny his free travel right has been initiated and plaintiff has a right to rebut this action under law, or possibly

**D. Statement of Claims: Jeffrey T. Maehr, 18-cv-02940**

Page 2 of 3

suffer threatened action and damages if he were to wait till the passport was depended upon, or even out of the country and not able to return.

To claim that damages have not yet occurred because passport has not yet been withdrawn or interfered with because plaintiff hasn't since tried to use it is clearly illogical reasoning, as the threats and statement that it *"would or could"* be are clearly meant to notice plaintiff of something tangible and not theoretical.

Plaintiff contacted the defendant U.S. State Department on this issue, and was directed to another office of the department. He sent another request for information to the address provided via phone call (audio available), and received back a request for additional information. (See attached correspondence), as Magistrate Gallagher alluded such contact not being of record and being necessary. Plaintiff also demands a jury trial for proper and full adjudication.

Jeffrey T. Maehr
924 E. Stollsteimer Rd.,
Pagosa Springs, Colorado 81147
970-731-9724

**D. Statement of Claims: Jeffrey T. Maehr, 18-cv-02940**

Page 3 of 3

## VIII: Related Cases

U.S. Court of Appeals-Federal Circuit; Case # 18-2286

U.S. District Court, Colorado; Case # 18-cv-02273





Department of the Treasury
Internal Revenue Service
Attn: Passport
PO Box 8208
Philadelphia, PA 19101-8208

239793.726721.341247.13083 1 8P 0.510 699

| | |
|---|---|
| | SB |
| Notice | CP508C |
| Notice date | July 16, 2018 |
| Taxpayer ID number | ████████ |
| To contact us | Phone 1-855-519-4965 |
| | International |
| | 1-267-941-1004 |
| Page 1 of 5 | |



239793

JEFFREY T MAEHR
924 E STOLLSTEIMER PL
PAGOSA SPGS CO 81147-8628

## Notice of certification of your seriously delinquent federal tax debt to the State Department

# Amount due: $255,035.37

On December 4, 2015, as part of the Fixing
America's Surface Transportation (FAST) Act,
Congress enacted Section 7345 of the Internal
Revenue Code, which requires the Internal
Revenue Service to notify the State Department
of taxpayers certified as owing a seriously
delinquent tax debt. The FAST Act generally
prohibits the State Department from issuing or
renewing a passport to a taxpayer with seriously
delinquent tax debt.

We have certified to the State Department that
your tax debt is seriously delinquent.

We show that you still owe $255,035.37. This
amount includes penalty and interest computed
to 30 days from the date of this notice.

This notice only includes the portion of your tax
debt that has been certified to the State
Department as seriously delinquent, as defined
below. You may have additional tax debt that is
not included in this notice.

### Billing Summary

| | |
|---|---|
| Amount of seriously delinquent tax debt owed | $255,035.37 |
| **Amount due by August 15, 2018** | **$255,035.37** |

### What you need to know

Seriously delinquent tax debt is tax debt (including penalties and interest) totaling more
than $51,000* for which:

- We have filed a Notice of Federal Tax Lien and your administrative rights under
  Internal Revenue Code (IRC) Section 6320 have been exhausted or lapsed, OR
- We have, at any time, issued a levy to collect this debt.
- * The $51,000 threshold is adjusted yearly for inflation.

If you apply for a passport or passport renewal, the State Department will deny your
application and will not issue a passport to you or renew your current passport.

If you currently have a valid passport, the State Department may revoke your passport
or limit your ability to travel outside the United States

Continued on back...

*Exhibit A-2*

| What you need to do | **If you agree with the balance due** |
|---|---|

To prevent the State Department from denying, revoking, or limiting your passport, you must:

- Pay the full amount you owe, as shown above.
- Make alternate payment arrangements, such as an installment agreement, that allows you to pay off your debt over time, or an offer in compromise to settle the debt. Visit www.irs.gov/payments for more payment options.

Make your check or money order payable to the "United States Treasury." Write your taxpayer ID numbers (TINs) listed in "Your billing details" section of this notice on your payment. Return the last page of this notice with your payment.

**If you disagree with the balance due**

If you've already paid the tax debt listed above, please send us proof of that payment. If you don't agree that you owe the tax debt listed above, or want to contest the certification for another reason, you can call us at the phone numbers listed on the first page of this notice. You can also bring a civil action in a district court of the United States or the United States Tax Court to have a court determine if the certification was erroneous or if the IRS has failed to reverse the certification as required by IRC Section 7345(c). You are not required to contact us or otherwise exhaust administrative remedies before filing a civil action.

**If you have a power of attorney (POA)**

You will need to contact your POA directly since the information in this notice may not be covered under the POA filed.

## Your billing details

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| 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 | 12/31/2003 | 1040A | 56,276.67 | 0.00 | 0.00 | 56,276.67 |
| 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 | 12/31/2004 | 1040A | 80,028.43 | 0.00 | 0.00 | 80,028.43 |
| 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 | 12/31/2005 | 1040A | 67,516.59 | 0.00 | 0.00 | 67,516.59 |
| 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 | 12/31/2006 | 1040A | 51,213.68 | 0.00 | 0.00 | 51,213.68 |

*Exh. C*

JS 44     District of Colorado Form                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

Jeffrey T. Maehr

### DEFENDANTS

U.S. Department of State; U.S. Congress;

**(b)** County of Residence of First Listed Plaintiff    Archuleta
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only)                                        and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent – Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Med. Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [X] 4. Reinstated or Reopened
- [ ] 5. Transferred from another district *(specify)*
- [ ] 6. Multidistrict Litigation
- [ ] 8. Multidistrict Litigation – Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5th & 14th Amendment due process violations; Unconstitutional statute/law application

Brief description of cause:                                                                     AP Docket [ ]
Erroneous assessment certification depriving travel rights without due process of law

### VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 [ ]

DEMAND $    $ 1000000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    [X] Yes    [ ] No

### VIII. RELATED CASE(S) IF ANY *(See instructions):*

JUDGE    See attached                          DOCKET NUMBER ████████

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE



FIRST · CLASS   FIRST · CLASS   FIRST · CLASS   FIRST · CLASS   FIRST · CLASS   FIRST · CL

Judicial
Watch '92

Mr. Jeffrey Machr

CERTIFIED MAIL

7018 0360 0001 6057 6831

UNITED STATES
POSTAL SERVICE

1000          80294-2500

U.S. POSTAGE PAID
FCM LG ENV
PAGOSA SPRINGS, CO
81147
NOV 20, 18
AMOUNT
$5.08
R2304N117794-09



# First Class Mail

Jeffrey P. Colwell, Cle
Alfred A. Arraj, U.S. Courth
901 19th St.
Denver, Colo
80294-35



First Class Mail

First Class Mail