IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02948-PAB-NRN

JEFFREY T. MAEHR,

Plaintiff,

v.

U.S. STATE DEPARTMENT, U.S.,

Defendant.

## APPOINTMENT ORDER

N. Reid Neureiter
United States Magistrate Judge

This matter is before the Court sua sponte upon review of the docket. In light of the complexities of this case, including statements by the United States that this case involves issues of first impression relating to the forfeiture of a citizen's passport due to outstanding tax liability, and in accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby determines that Plaintiff Jeffrey Maehr merits appointment of counsel. The Court is satisfied that the following factors and considerations, as set forth in D.C.COLO.LAttyR 15(f)(1)(B) have been met:

1) the nature and complexity of the action;

2) the potential merit of the claims or defenses of the unrepresented party;

3) the inability of the unrepresented party to retain an attorney by other means; and

4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, it is hereby ORDERED that, pursuant to D.C.COLO.LAttyR 15(f)(2), and conditioned upon Plaintiff's acceptance of the appointment, Sean Gallagher and the

Polsinelli law firm are appointed counsel to represent the unrepresented party in this civil matter. The Clerk of Court is directed to mail a copy of this order to Mr. Gallagher and Polsenelli at 1401 Lawrence St #2300, Denver, CO 80202.

Dated at Denver, Colorado this 20th day of March, 2019.

*N. Reid Neureiter*
N. Reid Neureiter
U.S. MAGISTRATE JUDGE