IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civils Action No. 18-cv-2948-PAB-NRN

JEFFREY T. MAEHR, Plaintiff,

v.

UNITED STATES Department of State, including Secretary of State Mike Pompeo, in his official capacity,

Defendant.

AND

Civils Action No. 18-cv-2273-PAB-NRN

JEFFREY T. MAEHR, Plaintiff,

v.

UNITED STATES, Internal Revenue Service,
Defendant.

**STATUS REPORT REGARDING APPOINTMENT OF COUNSEL**

Pursuant to the hearing held on March 20, 2019, appointed counsel for Plaintiff Jeffrey T. Maehr report to the Court as follows:

At the March 20 hearing, the Court contemplated that Mr. Maehr's *pro se* actions against the IRS (no. 18-cv-2273) and the State Department (no. 18-cv-2984) would be consolidated; and that undersigned counsel would appear and represent Mr. Maehr in this consolidated action. However, undersigned counsel explained to the

-2-

Court that they needed an extension to get up to speed in these matters and consult with Mr. Maehr regarding representation and next steps.

Having now reviewed the matters and conferred with Mr. Maehr, undersigned counsel have determined, and Mr. Maehr has agreed, that counsel's representation of Mr. Maehr will be limited to challenging the Government's revocation of his passport under 26 U.S.C. § 7345 – the claim that is the focus of the action against the State Department (no. 18-cv-2984). Counsel will not represent Mr. Maehr with respect to challenges to the legality, validity or accuracy of his tax assessments – the claims that are the focus of the action against the IRS (no. 18-cv-2273).

Accordingly, undersigned counsel have prepared an amended complaint in the State Department action only. This amended complaint emphasizes that its challenges to the constitutionality of the Government's new passport revocation are made without prejudice to Mr. Maehr's claims and positions regarding the legality, validity and accuracy of his tax assessments, which Mr. Maehr may continue to pursue *pro se* in the IRS action.

Undersigned counsel for Mr. Maehr request that they be permitted to withdraw from the IRS action, no. 18-cv-2273, and if necessary file a formal motion to withdraw in that action. Undersigned counsel would contemplate and request that deadlines in the IRS action continue to be held in abeyance until their withdrawal is completed and counsel for the Government can pick up the case directly with Mr. Maehr.

Undersigned counsel note that while the constitutional challenge to the new passport revocation regime of 26 U.S.C. § 7435 is properly brought against the

Statement Department, as the government agency that revoked Mr. Maehr's passport, the statute authorizing the passport revocation is part of the Internal Revenue Code. The IRS may thus have an interest in the State Department action. Mr. Maehr does not object to the IRS intervening in the State Department action as an interested party, should it wish to do so.

Dated: April 23, 2019.

> Respectfully submitted,
>
> s/*Sean R. Gallagher*
> Sean R. Gallagher
> Bennet L. Cohen
> Megan E. Harry
> Polsinelli PC
> 1401 Lawrence Street, Suite 2300
> Denver, Colorado 80202
> Telephone: (303) 583-8246
> Email: sgallagher@polsinelli.com
>
> Attorneys for Plaintiff Jeffrey T. Maehr in no. 18-cv-2984

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2019, I served a true and correct copy of the foregoing via CM/ECF, which will send electronic notification to all parties and their counsel, including:

E. Carmen Ramirez
United States Department of Justice, Tax Division

> *s/ Sean R. Gallagher*
> Sean R. Gallagher

68281752.1