IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02948-PAB-NRN

JEFFREY T. MAEHR,

Plaintiff,

v.

U.S. STATE DEPARTMENT

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Plaintiff's Unopposed Motion for Extension to Respond to Government's Motion to Dismiss the First Amended Complaint (Dkt. #49) is GRANTED. Accordingly, Plaintiff shall file his Response on or before July 25, 2019.

Date: June 25, 2019