IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 18-cv-02948-PAB-NRN | Date:  September 12, 2019 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| JEFFREY T. MAEHR, | Bennett Cohen |
|  | Sean Gallagher |
| Plaintiff, | |
| v. | |
| U.S. STATE DEPARTMENT, | E. Carmen Ramirez |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**2:08 p.m.     Court in session.**

Court calls case. Appearances of counsel. Also present by phone Plaintiff Jeffrey Maehr.

This matter is before the Court regarding Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 46].

Arguments by counsel.

**ORDERED:**  Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 46] **TAKEN UNDER ADVISEMENT.**

**3:56 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   01:48

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.